UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62336-CIV-SINGHAL

YADER DEON PINEDA CAMPBELL,

Petitioner,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.,*

Respondents.
__________________________________/

**ORDER**

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. Petitioner acknowledges that he is not detained within this District, but is detained at Otay Mesa Detention Facility, located in San Diego County, within the Southern District of California. The proper jurisdiction for a petition for writ of habeas corpus is the “district of confinement.” *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004). The district of confinement is the district the detainee was located in when he filed the habeas petition. *See Diaz v. United States*, 580 Fed. Appx. 716, 717 (11th Cir. 2014). Here, the district of confinement is the Southern District of California. Petitioner argues that the Government’s transfer of Petitioner should not defeat jurisdiction.

The Court commends counsel for recognizing the weaknesses in this case but still making good arguments to try to distinguish his client’s situation. This issue is in effect a jurisdictional one, and the Court cannot assert its jurisdiction where it doesn’t exist.

Here, binding precedents are clear—the court that possesses jurisdiction is the court within the district of confinement when the petition is filed. *Id.* This Court has recognized this rule in other similar cases, where the petitioner was transferred out of this

district prior to filing a petition here. *See, e.g.*, *Mata v. United States Immigration and Customs Enforcement*, No. 26-23864 (June 12, 2026). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall transfer this case to the United States District Court for the Southern District of California. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. All pending hearings and deadlines are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF